Writ of Mandamus Denied, Opinion issued December 13, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01461-CV

## IN RE PROSPER STORAGE, GP, INC., PROSPER STORAGE, LP, MEHRDAD GHANI, MG INTERNATIONAL MENSWEAR, INC., NO. 2, AND NAZNAT, LP, Relators

Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-01261-C

## MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice FitzGerald

Relators contend the trial judge erred in allowing certain discovery before ruling on a motion to compel arbitration. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

KERRY P. FITZGERALD
JUSTICE

121461F.P05